DANIEL BALL *versus* ELIJAH WILLITS. 

JOURNAL ENTRIES (1826–28): *Journal 4:* (1) Argued, continued *p. 112; (2) argued, submitted *p. 153; (3) motion for rule for additional return *p. 158; (4) motion for additional return overruled, judgment affirmed *p. 160.
PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) writ of certiorari, copy of affidavit; (3) return; (4) motion for additional return; (5) affidavit of Daniel LeRoy, motion for additional return; (6) writ of fi. fa. and return.

 *1824–36 Calendar*, MS p. 119.